Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERENICE CASTRO, an individual, | Case No: 2:18-cv-01514-JAD-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ACUITY, A MUTUAL INSURANCE COMPANY; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive, | **(First Request)** |
| Defendants. | |

Defendant ACUITY, A MUTUAL INSURANCE COMPANY ("Acuity Insurance"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff Berenice Castro, by and through her counsel of record, DAVID F. SAMPSON, ESQ., of the LAW OFFICE OF DAVID SAMPSON, hereby stipulate and agree to extend the deadline for filing a responsive pleading from the current deadline of August 21, 2018 up to and including September 5, 2018.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for Acuity Insurance has only recently been retained to represent Acuity Insurance in this matter and seeks additional time to evaluate Plaintiff's Complaint and the allegations and claims set forth therein. Furthermore, counsel for Plaintiff will be out of the country celebrating his twenty-fifth wedding anniversary from August 21, 2018 through September 5, 2018. Accordingly, the requested extension will not unreasonably delay the litigation of this case.

///

///

1357092v.1

The parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of the deadline.

DATED this 20th day of August, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

DATED this 20th day of August, 2018.

**LAW OFFICE OF DAVID SAMPSON**

*/s/ David F. Sampson*
David F. Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, NV 8901
*Attorney for Plaintiff Berenice Castro*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated August 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1357092v.1