1  DAVID F. SAMPSON, ESQ.,
   Nevada Bar No. 6811
2  LAW OFFICE OF DAVID SAMPSON
   630 S. 3rd Street
3  Las Vegas, NV 89101
   Tel: 702-605-1099
4  Fax: 888-209-4199
   Email: david@davidsampsonlaw.com
5  Attorney for Plaintiff

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8

   BERENICE CASTRO, an individual,
9
                 Plaintiff,                    Case 2:18-cv-01514-JAD-CWH
10
   v.
11 ACUITY, A MUTUAL INSURANCE            **ORDER TO CONTINUE HEARING**
   COMPANY; DOES I-V, inclusive; and ROE **ON [25] DEFENDANT'S MOTION TO**
12 CORPORATIONS I-V, inclusive,          **DISMISS [24] PLAINTIFF'S**
                                         **AMENDED COMPLAINT**
13               Defendants.
                                         ECF No. 27
14

15

16       Plaintiff Berenice Castro, by and through her counsel of record, DAVID F. SAMPSON,

17 ESQ., of the LAW OFFICE OF DAVID SAMPSON, LLC., and Defendant ACUITY, A

18 MUTUAL INSURANCE COMPANY ("Acuity Insurance"), by and through its counsel of

19 record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ,

20 EDELMAN & DICKER LLP., hereby stipulate and agree to continue the March 4, 2019 hearing

21 on Defendant's Motion to Dismiss Plaintiff's Amended Complaint, to March 18, 2019 at 3:30

22 p.m. in Las Vegas, Courtroom 6D, before the Honorable Judge Jennifer A. Dorsey, subject to

23 the Court's availability. Mr. Sampson has a firm trial setting on March 4, 2018 and will not be

24

                                        1

able to appear for the hearing as scheduled. The parties agree that the requested continuance is not being requested in bad faith or to delay these proceedings unnecessarily.

LAW OFFICE OF DAVID SAMPSON, LLC     WILSON ELSER MOSKOWITZ
                                                    EDELMAN & DICKER

/s/ *David Sampson*                     /s/ *Chad Butterfield*

David F. Sampson, Esq.                   Chad Butterfield, Esq.
Nevada Bar No. 6811                     Nevada Bar No. 10532
THE LAW OFFICE OF DAVID          Wilson Elser Moskowitz Edelman & Dicker
SAMPSON, LLC.                          300 S. 4th Street, 11th Floor.
630 S. 3rd Street                        Las Vegas, Nevada 89101
Las Vegas, NV 89101                  Fax: 702-727-1401
Tel: (702) 605-1099                    Attorney for Defendant
Fax: (888) 209-4199
*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/11/2019 _____