1  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada  89101
   (702) 727-1400; FAX (702) 727-1401
4  chad.butterfield@wilsonelser.com
   *Attorneys for Defendant Acuity,*
5  *A Mutual Insurance Company*

6               **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF NEVADA**

| | |
|---|---|
| BERENICE CASTRO, an individual, | Case No: 2:18-cv-01514-JAD- DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SCHEDULING A SETTLEMENT CONFERENCE** |
| ACUITY, A MUTUAL INSURANCE COMPANY; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

Defendant ACUITY, A MUTUAL INSURANCE COMPANY ("Acuity"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff BERENICE CASTRO ("Plaintiff"), by and through her counsel of record, DAVID F. SAMPSON, ESQ., of the LAW OFFICE OF DAVID SAMPSON, hereby stipulate and agree to participate in a settlement conference before a magistrate judge under LR 16-5, as the parties would like to pursue settlement opportunities pending the Court's ruling on Acuity's motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1537963v.1

The parties therefore request an order setting this case for a settlement conference before a magistrate judge.

DATED this 8th day of November, 2019.  DATED this 8th day of November, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**LAW OFFICE OF DAVID SAMPSON**

BY: */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorney for Defendant Acuity,*
*A Mutual Insurance Company*

BY: */s/ David F. Sampson*
David F. Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Berenice Castro*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the parties shall participate in a mandatory settlement conference. The court will enter a separate order with further details regarding the settlement conference.

Dated this 14th day of November, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

-2-

1537963v.1