| | |
|---|---|
| 1 | Chad C. Butterfield, Esq. |
| 2 | Nevada Bar No. 010532 |
|   | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| 3 | 300 South Fourth Street, 11th Floor |
|   | Las Vegas, Nevada  89101 |
| 4 | (702) 727-1400; FAX (702) 727-1401 |
|   | chad.butterfield@wilsonelser.com |
| 5 | *Attorneys for Defendant Acuity,* |
|   | *A Mutual Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERENICE CASTRO, an individual, | Case No: 2:18-cv-01514-JAD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ACUITY, A MUTUAL INSURANCE COMPANY; DOES I-V, inclusive; and ROE CORPORATIONS I-V, inclusive, | ECF No. 48 |
| Defendants. | |

Defendant ACUITY, A MUTUAL INSURANCE COMPANY ("Acuity"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff BERENICE CASTRO ("Plaintiff"), by and through her counsel of record, DAVID F. SAMPSON, ESQ., of the LAW OFFICE OF DAVID SAMPSON, hereby stipulate and agree that the claims against Acuity be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 27th day of March, 2020.  Dated this 27th day of March, 2020.

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | LAW OFFICE OF DAVID SAMPSON |
| BY: */s/ Chad C. Butterfield* | BY: */c/ David F. Sampson* |
| Chad C. Butterfield, Esq. | David F. Sampson, Esq. |
| Nevada Bar No. 10532 | Nevada Bar No. 6811 |
| 300 South Fourth Street, 11th Floor | 630 S. 3rd Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant Acuity,* | *Attorney for Plaintiff Berenice Castro* |
| *A Mutual Insurance Company* | |

# **ORDER**

Based on the parties' stipulation **[ECF No. 48]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3-27-2020 _____